# Law Office
## of
## Jimmy Stewart



RECEIVED

SEP 0 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

August 30, 2015

Jeffrey D. Kyle
Clerk of the Third Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

       Re:    Case Number :     03-14-00401-CR
                Trial Court No.:    A-13-0417-SA
                Style:          Johnny Flores Navarro vs. The State of Texas

Dear Mr. Kyle;

      I certify that I have mailed the Defendant, certified mail return receipt requested, a copy of the Opinion and Judgement. I have also sent him a letter advising him of his right to file a Pro Se Petition For Discretionary Review under Rule 68. I have attached a copy of the return receipt of said letter.

Sincerely,

Jimmy Stewart

JS/kc

Enc.

325-658-1532   •   Fax 325-655-9746   •   Email: lojssa@hotmail.com
101 S. Park • San Angelo, Texas • 76901

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

Johnny Flores Navarro
TDCJ# 1931583
4000 Highway 86 W.
Tulia, Texas 79088

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7013 1710 0001 6141 3329

PS Form 3811, July 2013  Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

TDCJ# 1931583

Sent To Johnny Flores Navarro
Street, Apt. No.; or PO Box No. 4000 Hwy. 86 West
City, State, ZIP+4 Tulia, Texas 79088

PS Form 3800, August 2006  See Reverse for Instructions

7013 1710 0001 6141 3329

Jimmy Stewart
Attorney at Law
101 S. Park
San Angelo, Texas 76901

ABILENE TX 795

01 SEP 2015 PM 2 L



Jeffrey D. Kyle
Clerk of the Third Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

78711-2547